**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DATA SPEED TECHNOLOGY LLC,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

C.A. No. 13-620-SLR

**JOINT STIPULATION AND [PROPOSED] ORDER**
**OF DISMISSAL WITH PREJUDICE**

Plaintiff Data Speed Technology LLC and Defendant Microsoft Corporation, pursuant to

Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of all claims brought by Data Speed

Technology LLC in this action with prejudice, with each party to bear its own costs, expenses

and attorneys' fees.

Dated: August 8, 2013

BAYARD, P.A.

  /s/ Stephen B. Brauerman
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Data Speed Technology*
*LLC*

FARNAN LLP

  /s/  Brian E. Farnan
Brian E. Farnan (#4089)
Joseph J. Farnan, Jr. (#100245)
919 North market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
farnan@farnanlaw.com

*Attorneys for Defendant Microsoft Corporation*

**IT IS SO ORDERED** this _____ day of _____, 2013.

_____
United States District Judge